# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Monike N. Golden | : |
| | : |
|    Debtor(s) | : NO.  18-12041 ELF |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan and Schedules I and J were mailed either first class mail, postage prepaid to the address on the Proof of Claims and/or Entry of Appearances or electronically on September 28, 2018, to William C. Miller, Trustee, U.S. Trustee, all attorneys of record, Debtor and all interested parties.


9-28-18                                                                              /s/     MICHAEL A. LATZES
DATE                                                                                 MICHAEL A. LATZES, ESQUIRE
                                                                                     Attorney for Debtor