**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-12041-ELF

MONIKE N GOLDEN

6125 N. 8TH STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MONIKE N GOLDEN

6125 N. 8TH STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Date: 3/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee