UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|    Monike N. Golden | : |
|       Debtor | : |
| | : NO.  18-12041 ELF |
| Pennsylvania Housing Finance Agency | : |
|       Movant | : |
|         v. | : |
| Monike N. Golden | : Date: June 25, 2019 |
|       Debtor | : Time: 9:30 a.m. |
| | : Courtroom: 1 |
| William C. Miller, Esquire | : |
|       Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing Debtor's Answer to

Pennsylvania Housing Finance Agency's Motion for Relief was served  upon  the following

parties by mailing such copies by  first class, postage prepaid  or by electronic means on June 13,

2019,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. BOX 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Ctr.
701 Market St.
Attn: Bankruptcy Dept.
Philadelphia, PA 19106

Monike N. Golden
6125 N. 8th Street
Philadelphia, PA 19120


 /s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor