IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
|    Monike N. Golden | : |
| | : |
|    Debtor(s) | : NO.  18-12041  ELF |

CERTIFICATION OF SERVICE

   I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Modify Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on June 28, 2019, to William C. Miller, Trustee, United States Trustee, all attorneys of record, debtor, Monike N. Golden and all creditors listed on the Claim's Register.

 6-28-19                                        /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                      MICHAEL A. LATZES, ESQUIRE
                                              Attorney for Debtor