IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : CHAPTER 13 |
|    Monike N. Golden | : |
| | : |
|    **Debtor(s)** | : NO.  18-12041  ELF |
| | : |

CERTIFICATION OF NO RESPONSE/OBJECTION

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify and Abate Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on June 28, 2019 to all parties.

    Counsel certifies that there have been no objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify and Abate Chapter 13 Plan.


 7-22-19                                                          /s/ MICHAEL A. LATZES, ESQUIRE
Date                                                              MICHAEL A. LATZES, ESQUIRE
                                                                    Attorney for Debtor