*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Monike N. Golden
    Debtor(s)

Case No: 18−12041−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Pennsylvania Housing Finance Agency

    on: 9/22/20

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/9/20

Timothy B. McGrath
Clerk of Court

73 − 71
Form 167