UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Monike N. Golden　　　　　　　　　:   CHAPTER 13
　　　　　　　　　　　　　　　　　　　:
　　　　Debtor　　　　　　　　　　　　:   NO. 18-12041 ELF

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

　　　　Debtor's counsel, MICHAEL A. LATZES, ESQUIRE, has filed an Objection to Pennsylvania Housing Finance Agency's Certification of Default.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.**

　　　　1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 22, 2020**, you or your attorney must do all of the following:

　　　　(a) file an objection explaining your position at:

United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b) mail a copy to the movant's attorney:

MICHAEL A. LATZES, ESQUIRE
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
(215)545-0200 (Phone)
(215) 545-0668 (Fax)

      2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, on **September 22, 2020** , **at 9:30 a.m.**, in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE:    9-10-20