# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Monike N. Golden             :   CHAPTER 13
                                 :
    Debtor                       :   NO. 18-12041 ELF

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice of Hearing and Objection to Pennsylvania Housing Finance Agency's Certification of Default were served upon the following parties by mailing such copy by first class, postage prepaid or electronically served on September 10, 2020, to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. BOX 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Monike N. Golden
6125 N. 8th Street
Philadelphia, PA 19120


/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor
1528 Walnut Street, Suite 700
Philadelphia, PA   19102
(215) 545-0200
Attorney I.D.   34017