

*EXHIBIT "A"*

