B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Monike N. Golden**  
Debtor(s)

Case No.  **18-12041**  
Chapter  **13**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within fourteen (14) days of filing this statement rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **600.00** |
   | Prior to the filing of this statement I have received | $ **600.00** |
   | Balance Due | $ **-0-** |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of our Objection to Movant's Certification of Default.

5. By agreement with the debtor(s), the above-disclosed fee does not include include the following service:

   a. Post-confirmation legal services.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 21, 2020**  
*Date*

**/s/ Michael A. Latzes**  
**Michael A. Latzes 34017**  
*Signature of Attorney*  
**Law Offices of Michael A. Latzes, P.C.**  
**1528 Walnut Street**  
**Suite 700**  
**Philadelphia, PA 19102**  
**215-545-0200  Fax: 215-545-0668**  
**ecassidy@mlatzes-law.com**  
*Name of law firm*

---