IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : CHAPTER 13
    Monike N. Golden                          :
                                              :  No. 18-12041 ELF

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Notice, Motion to Abate Chapter 13 Plan and Proposed Order were served either by first class mail, postage prepaid or electronically on October 2, 2020, to William C. Miller, Trustee, United States Trustee, all attorneys of record, debtor, Moniker N. Golden and all creditors listed on the Claim's Register.

 10-2-20                                        /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                         MICHAEL A. LATZES, ESQUIRE
                                              Attorney for Debtor