IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **:** CHAPTER 13 |
|    **Moniker N. Golden** | **:** |
| | **:** |
|    **Debtor(s)** | **:** NO.  18-12041 ELF |

CERTIFICATION OF NO RESPONSE/OBJECTION

    I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Abate Chapter 13 Plan were served either electronically or first class mail, postage prepaid, on October 2, 2020 to all parties.

    Counsel certifies that there are no current objections of record or no other responsive pleadings filed to Debtor's Motion to Abate, in the above-referenced case and therefore requests at this court sign the Order granting Debtor's Motion to Abate Chapter 13 Plan.

  10-28-20                                                               /s/ MICHAEL A. LATZES, ESQUIRE
    Date                                                                    MICHAEL A. LATZES, ESQUIRE
                                                                                 Attorney for Debtor