UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
Monike N. Golden                                : CHAPTER 13
                                                :
            Debtor                              : NO.   18-12041 ELF


CERTIFICATION OF SERVICE


I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor hereby certifies that true

and correct copies of Debtor's' Praecipe/Motion  to Voluntarily Dismiss Chapter 13 Case and

Proposed  Order were served either  by e-mail or first class mail, postage prepaid on July  9,

2021, to the U.S. Trustee, William C. Miller, Trustee, Moniker N. Golden, Debtor, all parties

who filed a Proof of Claim and all attorneys who entered their appearances.


  7-9-21                                    __/S/ MICHAEL A. LATZES, ESQUIRE__
                                           MICHAEL A. LATZES, ESQUIRE
                                           1528 Walnut St., Suite 700
                                           Philadelphia, PA   19102
                                           (215) 545-0200