UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Monike N. Golden | : CHAPTER 13 |
| | : |
| Debtor | : NO.   18-12041 ELF |

### O R D E R

**WHEREAS**, the Debtor(s) has filed a Praecipe to Voluntarily Dismiss (which shall be treated as a Motion filed under 11 U.S.C. Section 1307(b), Fed. R. Bankr. P. 1017(f) and 9013)  requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. Section 706, 1112 or Section 1208, of the Bankruptcy Code.

It is hereby **ORDERED** that this case is **DISMISSED.**

7/12/21
DATE

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**