United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-12041-elf
Monike N. Golden  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 13, 2021      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monike N. Golden, 6125 N. 8th Street, Philadelphia, PA 19120-1324 |
| cr | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14611337 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14080303 | + | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market St., Attn: Bankruptcy Dept., Philadelphia, PA 19106-1538 |
| 14080304 | + | P.G.W., 800 W. Montgomery Avenue, Attn: Bankruptcy Dept., Philadelphia, PA 19122-2898 |
| 14607296 | + | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 13 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14080299 | + | Email/Text: EBNProcessing@afni.com | Jul 13 2021 23:26:00 | AFNI, Inc., P.O. BOX 3667, Attn: Bankruptcy Dept., Bloomington, IL 61702-3667 |
| 14080300 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:35:55 | Capital One, P.O. BOX 85015, Attn: Bankruptcy Dept., Richmond, VA 23285-5015 |
| 14194834 | | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14080301 | | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | City of Philadelphia - Law Department, One Parkway Building, 15th floor, 1515 Arch Street, Philadelphia, PA 19102-1595 |
| 14080302 | | Email/Text: bankruptcynotices@dcicollect.com | Jul 13 2021 23:26:00 | Diversified Consultants, Inc., P.O. BOX 551268, Attn: Bankruptcy Dpt., Jacksonville, FL 32255-1268 |
| 14080305 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 13 2021 23:26:00 | PECO ENERGY, 2301 Market Street, S23-1, Attn: Bankruptcy Dept. - Merrick Friel, Philadelphia, PA 19103-1380 |
| 14098254 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 13 2021 23:26:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14110327 | + | Email/Text: blegal@phfa.org | Jul 13 2021 23:26:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14102431 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:36:01 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 14080306 | Email/Text: blegal@phfa.org | Jul 13 2021 23:26:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. BOX 15057, Attn: Bankruptcy Dept., Harrisburg, PA 17105-5057 |
| 14080307 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 13 2021 23:26:00 | Verizon, 500 Technology Drive, Attn: Bankruptcy Dept., Weldon, MO 63304-2225 |
| 14080308 | Email/Text: megan.harper@phila.gov | Jul 13 2021 23:26:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. LATZES | on behalf of Debtor Monike N. Golden efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Monike N. Golden | : CHAPTER 13 |
| | : |
| Debtor | : NO.  18-12041 ELF |

### O R D E R

**WHEREAS**, the Debtor(s) has filed a Praecipe to Voluntarily Dismiss (which shall be treated as a Motion filed under 11 U.S.C. Section 1307(b), Fed. R. Bankr. P. 1017(f) and 9013)  requesting dismissal of this case and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. Section 706, 1112 or Section 1208, of the Bankruptcy Code.

It is hereby **ORDERED** that this case is **DISMISSED.**

7/12/21
_____
DATE

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**