Fill in this information to identify the case:

Debtor 1: MONIKE N. GOLDEN

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 18-12041-ELF

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Pennsylvania Housing Finance Agency

Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 8 1 0 5

Date of payment change: Must be at least 21 days after date of this notice: 12/01/2020

New total payment: Principal, interest, and escrow, if any  $ 604.56

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 274.53     New escrow payment: $ 283.55

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

Debtor 1  Monike N. Golden
         First Name   Middle Name   Last Name

Case number (if known) 18-12041-ELF

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /S/ LEON P. HALLER                      Date  10/30/2020
  Signature

Print:   LEON P. HALLER                   Title  BANKRUPTCY ATTORNEY
         First Name   Middle Name   Last Name

Company  PURCELL KRUG & HALLER

Address  1719 N. FRONT STREET
         Number       Street

         HARRISBURG, PA 17102
         City                     State    ZIP Code

Contact phone  717 234 4178               Email  LHALLER@PKH.COM

Official Form 410S1          Notice of Mortgage Payment Change          page 2